

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2025

No. 04-25-00568-CV

**IN RE TWIN RESTAURANT WESTOVER, LLC**
and Twin Restaurant Westover Beverage Holding, LLC

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice

On September 11, 2025, relators filed a petition for writ of mandamus. On October 17, 2025, relators filed a motion to dismiss this proceeding as moot because the parties have reached an agreement to settle all claims in the underlying matter. Relators' motion certifies that they served the motion on the real parties in interest, and the real parties have not opposed the requested relief. We therefore GRANT the motion and DISMISS this original proceeding.

It is so **ORDERED** on October 29, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of an order signed by the Honorable Angelica Jimenez in Cause No. 2023CI02091, styled *Eloise Sandoz and Selena Gabriella Moya v. Matthew Joseph Martinez, et al.*, pending in the 37th Judicial District Court.